UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOEL VELTKAMP,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　Defendant. | Case No. C19-5518-MLP<br><br>ORDER |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's application for disability benefits under Titles II and XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for a *de novo* hearing pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the Administrative Law Judge will further evaluate the claimant's mental impairments, further evaluate the claimant's residual functional capacity, further evaluate whether there was medical improvement, and if warranted obtain supplemental vocational evidence. Plaintiff shall have the opportunity to submit new evidence.

\\

\\

ORDER - 1

Upon proper presentation, Plaintiff will be entitled to reasonable attorneys' fees under the Equal Access to Justice Act, 28 U.S.C. §2412 et seq.

Dated this 11th day of December, 2019.

MICHELLE L. PETERSON
United States Magistrate Judge